No. 536, Misc.  VRANIAK *v.* RANDOLPH, WARDEN. C. A. 7th Cir.  Certiorari denied.

No. 544, Misc.  GALLAWAY *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 545, Misc.  BARNES *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 550, Misc.  RODDY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 551, Misc.  PETHOUD *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 553, Misc.  JOHNSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 555, Misc.  FATA *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 557, Misc.  LANGLEY *v.* HEINZE, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.

No. 559, Misc.  BOLLING *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.